Robert Lee ANGELL, Appellant,

v.

JOHN HANCOCK LIFE INSURANCE COMPANY, Appellee.

No. 06–1966.

United States Court of Appeals, Eighth Circuit.

Submitted: March 16, 2007.

Filed: March 22, 2007.

David Simpson, St. James, MO, for Appellant.

Elizabeth C. Carver, Charles B. Jellinek, Bryan & Cave, St. Louis, MO, for Appellee.

Before RILEY, BOWMAN, and ARNOLD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Robert Angell appeals the order of the District Court[1] dismissing his ERISA lawsuit as time-barred. After careful review of the record and the parties' briefs, we agree with the District Court that the three-year limitations period set forth in 29 U.S.C. § 1113(2) renders Angell's claims untimely.[2] For the reasons stated by the District Court, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Mary Ann Medler, United States Magistrate Judge for the Eastern District of Missouri.

2. Section 1113(2) renders untimely the breach of fiduciary duty claims set forth in counts one and two of Angell's complaint. The claim for recovery of benefits set forth in count three of Angell's complaint is governed by a different statute of limitation, but Angell does not appeal the dismissal of that claim.